## CHILTON v. CITY OF EDEN

No. 423P98

Case below: 130 N.C.App. 610

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

## CITY OF GREENVILLE v. HAYWOOD

No. 407P98

Case below: 130 N.C.App. 271

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.

## CONDELLONE v. CONDELLONE

No. 344P98

Case below: 129 N.C.App. 675

Petition by defendant (Peter Condellone) for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

## CONLEY v. EMERALD ISLE REALTY, INC.

No. 358PA98

Case below: 130 N.C.App. 309

Petition by defendants (Ingrams) for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998. Petition by defendant (Emerald Isle) for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998.